UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.   13 CR 167 |
| vs. | ) | |
| | ) | Judge Virginia M. Kendall |
| JAMES M. VANI | ) | |

## PROTECTIVE ORDER

Upon the motion of the United States for a protective order pursuant to Fed. R. Crim. P. 16(d)(1), it is hereby ordered as follows:

All materials produced by the government in connection with the government's under seal filing concerning a government trial witness may be utilized by defendant James M. Vani and his counsel solely in connection with the defense of this case and for no other purpose and in connection with no other proceeding. These materials and their contents, and any notes, records or copies of any kind that defense counsel or Vani may make relating to the contents of materials provided by the government shall not be disclosed either directly or indirectly, verbally or in writing, to any person or entity other than Vani, his attorney, such other persons as are reasonably employed by defense counsel as may be necessary to prepare a defense, or such other persons as to whom the Court may authorize disclosure. Any public filing in this matter should not refer to the substance of this disclosure in either the substantive filing or in any attachment to the filing.

2. Intentional violation of this Order is punishable as a contempt, and may result in the imposition of civil and criminal sanctions. However, nothing contained in this protective order shall preclude any party from applying to the Court for further relief or for modification of any provision hereof.

ENTER:

_____
Virginia M. Kendall, Judge
United States District Court

DATED: 3-31-14