IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES, | ) | |
| --- | --- | --- |
| | ) | |
| Plaintiff, | ) | No. 13 CR 167-1 |
| vs. | ) | |
| | ) | Judge Virginia M. Kendall |
| JAMES VANI, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO APPOINT COUNSEL**

NOW COMES the defendant James Vani, by his attorney John M. Beal, and moves the Court to appoint counsel for the defendant for the sentencing proceedings in this case, and in support thereof states as follows:

1. Defendant Vani is currently on pre-sentencing release in a mortgage fraud case before this Court.

2. Defendant Vani proceeded to trial with retained counsel.

3. On February 28, 2013, this Court appointed attorney Frank Lipuma as counsel for that day only, noting that Mr. Vani's eligibility for appointment of counsel was uncertain. Mr. Vani then proceeded to retain his present counsel.

4. Mr. Vani was employed in 2013 by Open Mortgage as a loan originator. On April 4, 2013, this Court allowed Mr. Vani to continue to work as a loan originator while on pretrial release. This enabled him to continue to receive a reasonable income and to have sufficient funds to retain counsel.

5. At the conclusion of the trial, with the return of a guilty verdict for

mortgage fraud, the Court advised Mr. Vani that he could no longer work in the mortgage business. His employer would have undoubtedly reached the same conclusion. As a result, Mr. Vani is presently working in a sports fitness position and earning approximately $350 per month. He is seeking other, more remunerative employment. But even if that happens, it that will not happen in time for Mr. Vani to adequately fund his representation for sentencing.

5. Mr. Vani will provide the Court with a financial affidavit at the hearing on this motion.

6. Present counsel is a CJA panel attorney and is willing to accept appointment for sentencing.

WHEREFORE, defendant James Vani asks the Court to appoint counsel pursuant to the Criminal justice Act for the sentencing in this case.

                                            Respectfully submitted,

                                            ___S/ John M. Beal_____
                                            Attorney for Defendant

John M. Beal
Attorney at Law
53 W Jackson Blvd., Suite 1615
Chicago, IL 60604
(312) 408-2766